IN THE UNITED STATES OF DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

DANIEL CONNELLY

FILED
JUL 24 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

CRIMINAL NO. 14cr402

MOTION FOR BENCH WARRANT

AND NOW, this 24th day of July, 2014, Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, and Sarah L. Grieb, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

Sarah L. Grieb
Assistant United States Attorney

JD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : 
    v. : CRIMINAL NO. 14-402 
DANIEL CONNELLY :

FILED
JUL 2 4 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ORDER FOR BENCH WARRANT

AND NOW, this 24th day of July, 2014, on motion of Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

_____
HONORABLE Richard A. Lloret
United States Magistrate Judge

Warrant Issued